UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA
01-CV-1850(JMR/FLN)

| | | |
|---|---|---|
| Sean Patrick Stack<br><br>v.<br><br>Milacron Inc., a Delaware corporation, f/k/a Cincinnati Milacron, Inc. | ) | ORDER TO SHOW CAUSE |

The Court reviews this matter sua sponte. On September 6, 2001, plaintiff filed a complaint in Minnesota state court seeking damages "in an amount in excess of $50,000." On October 9, 2001, defendant filed a notice of removal with this Court, alleging diversity jurisdiction pursuant to 28 U.S.C. § 1332. The petition for removal asserts the parties are citizens of different states, and that "upon information and belief, the matter in controversy exceeds $75,000, exclusive of interest and costs."

This Court has jurisdiction "the matter in controversy exceeds the sum or value of $75,000, exclusive of interest and costs, and is between citizens of different states." 28 U.S.C. § 1332. Based on the foregoing, the Court enters the following:

ORDER TO SHOW CAUSE directed to both parties to advise this Court on or before November 16, 2001, whether the damages requirement of 28 U.S.C. § 1332 is satisfied.

Dated: November 8, 2001

JAMES M. ROSENBAUM
United States Chief District Judge

FILED
RICHARD D. SLETTEN, CLERK
NOV 9 2001
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS ______