UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

| | |
|---|---|
| Sean Patrick Stack,<br><br>Plaintiff,<br><br>v.<br><br>Milacron Inc., a Delaware corporation, f/k/a Cincinnati Milacron Inc.,<br><br>Defendant. | Civil No. 01-CV-1850 (JMR/FLN)<br><br>**CONFIDENTIALITY AGREEMENT, STIPULATION FOR ORDER AND ORDER** |

Plaintiff Sean Patrick Stack, by and through his attorneys, Doshan & Bremseth, and defendant Milacron, Inc., by and through its attorneys, Leonard, Street and Deinard, hereby agree that all documents made available to plaintiff by Milacron, Inc., pursuant to the disclosure and discovery process, except those documents specifically exempted by the terms of this Confidentiality Agreement, shall be governed by this Confidentiality Agreement. Plaintiff agrees not to disseminate these documents or any information contained therein except as shall be necessary and incidental to the case of Sean Patrick Stack v. Milacron, Inc., Civil No. 01-1850 (JMR/FLN) in the United States District Court for the District of Minnesota. This Confidentiality Agreement does not apply to warnings, instructions, or marketing materials provided by Milacron, Inc. to distributors, retailers or consumers.

Plaintiff further agrees that should access to these documents or the information contained in them be provided to another person for purposes of this litigation, he will so advise that person of this Confidentiality Agreement and shall require that person to execute a confidentiality agreement in the same form and manner as this Confidentiality Agreement before that person has access to the documents or the information. By signing a confidentiality agreement in the same form and manner as this Confidentiality Agreement, each such person is



FILED
DEC 17 2001
RICHARD D. SLETTEN, CLERK
JUDGEMENT ENTERED
DEPUTY CLERK'S INITIALS

knowingly submitting himself or herself to the jurisdiction of this Court for the purpose of enforcing the Order accompanying this Confidentiality Agreement. Plaintiff agrees to supply Milacron, Inc. with a copy of the confidentiality agreement signed by each such person within ten days after it is signed.

Plaintiff further agrees not to make copies of the documents except as may be necessary for this litigation and that all copies of the documents shall be returned to Milacron, Inc., at the conclusion of this litigation.

Finally, the parties stipulate and agree to entry of an Order by the Court enforcing the terms of this Confidentiality Agreement.

**BY THE PARTIES:**

DOSHAN & BREMSETH

Dated: Nov 29th, 2001

By [signature]
Fredric A. Bremseth, Esq.
Thomas W. Geng, Esq.
810 East Lake Street
Wayzata, MN 55391
(952) 475-2800

**ATTORNEYS FOR PLAINTIFF**

LEONARD, STREET AND DEINARD

Dated: December 6, 2001

By [signature: Alyssa Rebensdorf]
Frederick W. Morris (# 75358)
Alyssa L. Rebensdorf (# 296478)
150 South Fifth Street, Suite 2300
Minneapolis, MN 55402
(612) 335-1500

**ATTORNEYS FOR DEFENDANT**

**ORDER**

Based on the stipulation of the parties and upon the file records and proceedings herein,

**IT IS SO ORDERED**.

BY THE COURT:

Dated: December 7th, 2001

Judge of United States District Court
District of Minnesota

# Please forward this announcement to the recipient of this fax.

---

# The United States District Court, District of Minnesota announces two new programs!

**Expedited Trials** –The Court will begin offering parties an opportunity to participate in a program called Expedited Trials beginning July 2, 2001. This voluntary program offers an alternative to traditional case processing by allowing for a shorter time period from filing to disposition. Discovery and motion practice will be sharply limited as a means to reduce time and expense. Procedural rules are on the Court's website at www.mnd.uscourts.gov. If you would like additional information about the Expedited Trials Program, contact one of our clerk's offices at the phone numbers listed below.

**Courtroom Technology – Phase II** – In June 2001, the District of Minnesota began upgrading, installing, and enhancing the technology available to counsel in the courtroom. The project will continue through early fall and will ultimately upgrade all Article III Judge courtrooms in St. Paul and Minneapolis. To assist counsel with this transition, the District Court is offering a hands-on class, worth one hour of CLE credit at both courthouses. Classes will be held over the lunch hour. Course registration can be done by visiting www.mnd.uscourts.gov or by calling Kristine at 612-664-5125.

## For additional information on either program please visit our website at www.mnd.uscourts.gov.

---

700 Federal Building
316 North Robert Street
St. Paul, MN 55101
(651) 848-1100

202 U.S. Courthouse
300 South Fourth Street
Minneapolis, MN 55415
(612) 664-5000

417 U. S. Courthouse
515 West First Street
Duluth, MN 55802
(218) 529-3500