UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sean Patrick Stack,

Plaintiff,

vs.

Milacron, Inc., a Delaware corporation,
f/k/a Cincinnati Milacron, Inc.,

Defendant.

Civil No. 01-1850 (JMR/FLN)

**ORDER**

---

The above-captioned case came on before the undersigned District Judge upon a Motion to amend the Scheduling Order to extend certain deadlines.

Based upon the Plaintiff's Motion, and for good cause appearing thereby, it is hereby

**ORDERED:**

1. That the deadlines previously established by the Court Order filed December 18, 2001 shall be modified as follows:

| | |
|---|---|
| Plaintiff's disclosure of expert witness deadline: | June 21, 2002 |
| Defendant's disclosure of expert witness deadline: | July 28, 2002 |
| Discovery deadline: | September 1, 2002 |
| Dispositive motions filing deadline: | December 1, 2002 |

DONE and DATED this 17th day of May, 2002.

Franklin L Noel

Hon. Franklin L. Noel
Chief Magistrate Judge

5-17-2
FILED
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

cc: Thomas F. Handorff
Alyssa Rebensdorf