UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sean Patrick Stack,

Plaintiff,

v.

Milacron, Inc., f/k/a Cincinnati Milacron, Inc.,

Defendant.

Civil No. 01-1850 (JMR/FLN)

**ORDER**

Thomas Handorff, Esq., for Plaintiff.
Alyssa Rebensdorf, Esq., for Defendants.

**THIS MATTER** came for a hearing before the undersigned United States Magistrate Judge on September 23, 2002, on Plaintiff's Motion to Compel Discovery and Extend Scheduling Order Deadlines [#13].

Based upon the files, records, and proceedings herein, **IT IS HEREBY ORDERED** that Plaintiff's Motion to Compel Discovery and to Amend Pretrial Schedule is **GRANTED** in part and **DENIED** in part as follows:

1. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 13, it is **GRANTED**;
2. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 14, it is **GRANTED**;
3. Insofar as the Motion pertains to Plaintiff's Interrogatory No. 15, it is **GRANTED**.
4. Insofar as the Motion pertains to Plaintiff's Interrogatory (Set II) No. 17, it is **DENIED**.
5. Insofar as the Motion pertains to Plaintiff's Request for Production of Documents No. 26, it is **GRANTED**.
6. Insofar as the Motion pertains to Plaintiff's Request for Production of Documents

FILED NOV 1 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK

No. 27, it is **GRANTED in part** and **DENIED in part** as follows:

a. Insofar as the Motion pertains to 220-8 type centerless grinders, the motion is **GRANTED**.

b. The Motion is **DENIED** in all other respects.

7. Insofar as the Motion pertains to Plaintiff's Request for Production of Documents No. 28, it is **GRANTED**.

8. Insofar as the Motion pertains to Plaintiff's Request for Production of Documents (Set IV) No. 41, it is **GRANTED**.

9. Insofar as the Motion pertains to Plaintiff's Motion to Extend Scheduling Order Deadlines, it is **GRANTED in part** and **DENIED in part** as follows:

a. Insofar as the Motion pertains to allowing Plaintiff to disclose a rebuttal liability expert, the motion is **DENIED**.

b. Insofar as the motion pertains to extending the deadline for discovery, the Motion is **GRANTED** and all discovery Defendant is herein ordered to produce shall be completed on or before November 1, 2002.

c. The Scheduling Order dates for dispositive motions and ready for trial remain unchanged.

DATED: Oct 31, 2002

Franklin L Noel

FRANKLIN L. NOEL
United States Magistrate Judge