UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

Sean Patrick Stack,

Plaintiff,

vs.

Milacron, Inc., a Delaware corporation, f/k/a Cincinnati Milacron, Inc.,

Defendant.

Civil No. 01-1850 (JMR/FLN)

**PLAINTIFF'S NOTICE OF MOTION AND UNOPPOSED MOTION TO EXTEND SCHEDULING ORDER DEADLINE AND PROPOSED ORDER**

TO: Defendant, Milacron Inc., and its attorneys, Frederick W. Morris and Alyssa L. Rebensdorf, Leonard, Street and Deinard, P.A., 150 South 5th Street, Suite 2300, Minneapolis, MN 55402:

**NOTICE OF MOTION**

PLEASE TAKE NOTICE the Plaintiff Sean Patrick Stack, by and through his attorneys, will bring the motion described below without oral argument, before the Honorable Franklin L. Noel, Magistrate Judge of the United States District Court, District of Minnesota.

**MOTION**

PLEASE TAKE NOTICE the Plaintiff Sean Patrick Stack, by and through his attorneys, respectfully moves this Court, unopposed, for an Order extending certain deadlines as follows:

- Dispositive motions filing deadline from December 1, 2002 to December 6, 2002.

This Motion is necessitated by the complexity of the issues in this matter and by the amount of time needed to respond to the five motions that Defendant has served upon Plaintiff. The trial-ready date has not changed.

Defendant's counsel has been contacted and does not object to the extension of time.

FILED NOV 2 7 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD ______
DEPUTY CLERK ______

Respectfully submitted,

DOSHAN & BREMSETH

Dated: November 21, 2002.

Fredric A. Bremseth (#11149)
Thomas F. Handorff (#285882)
810 East Lake Street
Wayzata, Minnesota 55391
(952) 475-2800

ATTORNEYS FOR PLAINTIFF

and

LEONARD, STREET AND DEINARD, PA

Dated: November 22, 2002.

Frederick W. Morris (#75358)
Alyssa L. Rebensdorf (#296478)
150 South Fifth Street, Suite 2300
Minneapolis, Minnesota 55402
(612) 335-1500

ATTORNEYS FOR DEFENDANT

UNITED STATES DISTRICT COURT
DISTRICT OF MINNESOTA

---

Sean Patrick Stack,

Plaintiff,

vs.

Milacron, Inc., a Delaware corporation,
f/k/a Cincinnati Milacron, Inc.,

Defendant.

Civil No. 01-1850 (JMR/FLN)

**ORDER**

---

The above-captioned case came on before the undersigned District Judge upon a Motion to amend the Scheduling Order to extend certain deadlines.

Based upon the Plaintiff's Motion, and for good cause appearing thereby, it is hereby

**ORDERED:**

1. That the deadlines previously established by the Court Order filed December 18, 2001 shall be modified as follows:

   Dispositive motions filing deadline: December 6, 2002

DONE and DATED this 27th day of November, 2002.

Hon. Franklin L. Noel
[redacted] Magistrate Judge

cc: Thomas F. Handorff
Alyssa Rebensdorf

NOV 27 2002
RICHARD D. SLETTEN, CLERK
JUDGMENT ENTD
DEPUTY CLERK